No. 1885, Misc. TANTASH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Futlick* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1889, Misc. PINELLI *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Sheldon F. Goldberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1897, Misc. PEINADO *v.* ADULT AUTHORITY OF THE DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 1903, Misc. DURHAM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1904, Misc. HUARNECK *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1907, Misc. QUIGLEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1911, Misc. GALLAGHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1922, Misc. CHASE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Vincent C. Murovich, Jr.,* for petitioner.